AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. __05 - 452__

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF __1__ COPIES OF AO FORM 85.

__JUN 3 0 2005__  __*James C. Hill*__
(Date forms issued)  (Signature of Party or their Representative)

__JAMES C. HILL__
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action