IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JAMES C. HILL,                        )
                                      )
        Plaintiff,                    )
                                      )
    v.                                )  Civ. No. 05-452-JJF
                                      )
SUPER FRESH FOOD MARKETS,             )
INC.,                                 )
                                      )
        Defendant.                    )

**ORDER**

At Wilmington this 22 day of July, 2005, the court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that:

1. The application is DENIED based on plaintiff's annual income of $16,429.92. (D.I. 1)

2. The plaintiff shall pay the $250 filing fee within thirty days from the date this order is sent, or the case shall be dismissed.

                                      _____
                                      United States District Judge