Civil No.: 05-452-JJF                    8/9/05

Case: James C. Hill v SuperFresh Food Markets, Inc.

Attached:
(1) Personal check (Amount - $250.00) for Filing Fee.

Thank you.

James C. Hill
3 Mackenzie Drive
Newark, DE 19711-1505

FILED
AUG 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

