OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

RE: C.A.# __05-452__

CASE CAPTION: __Hill__ v. __Superfresh Food markets, Inc.__

## ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received by Plaintiff: __8/13/05__    Signed: __James C. Hill__
Pro Se Plaintiff

Date Received by Clerk's office: __8/18/05__    Signed: __Beth Duna__
Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

If applicable, Rule 4 mailed to plaintiff:

__8/11/05__
Date mailed

By Deputy Clerk

FILED
AUG
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

cc: Docketing Clerk

wp\forms\rule4receipt 2-04





CLERK
U.S. DISTRICT COURT
844 N. KING ST., LOCKBOX
18
WILMINGTON, DE 19801



James C. Hill
3 MacKenzie Dr.
Newark, DE 19711-1505