AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. **05-452**

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___2___ COPIES OF AO FORM 85.

___8/13/05___  
(Date forms ~~issued~~ received)

___James C. Hill___  
(Signature of Party or their Representative)

FILED  
AUG 17 2005  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE

___JAMES C. HILL___  
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action





CLERK
U.S. DISTRICT COURT
844 N. KING ST., LOCKBOX 18
WILMINGTON, DE 19801



James C. Hill
3 MacKenzie Dr.
Newark, DE 19711-1505