FROM: James C. Hill
3 Mackenzie Drive
Newark, DE 19711-1505

10/4/05
FILED
OCT 11 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Reference: Civ. No.: 05-452-JJF (Hill v. SuperFresh)

TO: Room 4209 - Office of Clerk of The Court

Please file the attached documentation related to my case.
The defendant has not yet returned the signed Waiver of Service of Summons (Form A0399) even though the thirty days time period elapsed. The attached documents were mailed to the defendant on 9/3/05 (see attached Certified Mail Receipt).

Sincerely,
James C. Hill

copies → Attachments: (1) Certified Mail Receipt dtd. 9/3/05.
(2) Green Card (Proof of Service) - Front + back
(3) Form A 0398
(4) Form A 0399

