11/10/05

FROM:       JAMES C. HILL
            3 MacKenzie Drive
            Newark, DE 19711-1505

FILED

NOV 14 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

REFERENCE:  Civ. No.: 05-452-JJF (HILL V. SuperFresh)

TO:         U.S. DISTRICT COURT
            ROOM 4209 - OFFice oF CLerk oF The COURT

            Please File The attached documentation
            related To MY discrimination case.
            A copy oF both sides oF FORM A0440,
            "SUMMONS IN A Civil Action," is attached.
            This summons was served by CAREY Shea
            oF PARceLs, INC. Please NoTe That This is
            The second Time A SUMMONS WAS SeNT TO
            The deFendANT. INiTiALLy, The UNdersigned MAiLed
            The WAiver oF Service IN ACCORDANCE WiTH RULe 4(d).
            Please NoTe That A comprehensive LiST WiLL be
            deveLoped showing additioNAL chARges That
            ShouLd be boRNe by The deFewdANT.

            Sincerely,
            James C. Hill

ATTAchmeNT: COPY oF FRoNT ANd bAck oF FoRm A0440.



U.S. POSTAGE
PAID
NEWARK, DE
NOV 13, '05
AMOUNT
$4.42
00058342-15

CERTIFIED MAIL™

7005 1820 0004 9521 3487

RETURN RECEIPT
REQUESTED



James C. Hill
3 MacKenzie Dr.
Newark, DE 19711-1505

U.S. District Court
Room 4209 — Office of Clerk of The Court
844 N. King Street
Wilmington, DE 19801