℞AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

James C. Hill

       v.

Super Fresh Food Markets, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-452 JJF

TO: (Name and address of Defendant)  Super Fresh Food Market—Store #588

c/o Phil Johnston (Store Manager)
401 New London Road
Newark, DE 19711

FILED

NOV 1 4 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James C. Hill    (Pro Se)
3 Mackenzie Drive
Newark, DE 19711-1505

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

DATE

NOV 0 9 2005

◆AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|

| Service of the Summons and complaint was made by me[1] | DATE  11/9/05 |
|---|---|
| NAME OF SERVER (PRINT)  CAREY M SHEA | TITLE  PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): PERSONALLY SERVED JOHN TOOMY OF SUPER FRESH STORE MARKET, STORE # 588 At 401 NEW LONDON ROAD, NEWARK, DE 19711 1505 At 11:38 AM WITH SUMMONS AND COMPLAINT, ADDRESSEE PHIL JOHNSTON NO LONGER WORKS At STORE # 588

| STATEMENT OF SERVICE FEES |
|---|

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/9/05
Date

Signature of Server

PARCELS INC
230 N MARKET St, WILM DE 19801

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.