IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES C. HILL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 05-cv-00452-JJF |
| | ) |
| SUPER FRESH FOOD MARKETS, INC., | ) |
| | ) |
| Defendant. | ) |

### ORDER

Upon consideration of Defendant Super Fresh Food Markets, Inc.'s Motion to Extend Time in Which to Respond to Plaintiff's Complaint and the Local Rule 7.1.1 Statement in Support Thereof, it is by the Court this 1 day of December, 2005:

**ORDERED** that Defendant's Motion **BE GRANTED**, and the same is hereby **GRANTED** in its entirety, and it is further

**ORDERED** that Defendant shall have until and including December 13, 2005, in which to respond to Plaintiff's Complaint.

_____
United States District Judge