DATE:     12/2/05

TO:       U. S. DISTRICT COURT (ROOM 4209)

FROM:     JAMES C. HILL

          3 MACKENZIE DRIVE

          NEWARK, DE 19711

REFERENCE: CIV. NO.: 05-452-JJF (HILL v. SuperFresh)

SUBJECT:  TWO (2) REQUESTS BY DEFENDANT FOR ADDITIONAL
          RESPONSE TIME

RECEIVED DEC 6 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

PLEASE DOCUMENT THE FOLLOWING FOR THE COURT RECORDS.
FIRST, ON 11/29/05, JOHN BARRY (N.Y. ATTORNEY) REPRESENTING
THE DEFENDANT LEFT A MESSAGE ON MY CELL PHONE.
THE PLAINTIFF CALLED HIM ON 11/30/05. THE ATTORNEY
REQUESTED AN EXTENSION OF 8 DAYS (TILL 12/7/05) FOR
A RESPONSE SAYING SUPERFRESH LOST THE ORIGINAL
WAIVER OF SUMMONS, STAMPED RETURN ENVELOPE, AND
TWO COPIES OF THE COMPLAINT. THE PLAINTIFF
APPROVED THE EXTENSION VERBALLY.
SECOND, LATER ON 11/30/05, I RECEIVED ANOTHER
CELLPHONE CALL FROM JOHN BARRY REQUESTING AN
EXTENSION OF TIME TILL 12/13/05, THIS ADDITIONAL
TIME WAS NEEDED BY A SECOND DEFENDANT
ATTORNEY, MARGARET DiBIANCA (DE ATTORNEY).
I ALSO APPROVE OF THIS SECOND EXTENSION OF
TIME.


          SINCERELY,
          James C. Hill

James C. Hill
3 MacKenzie Dr.
Newark, DE 19711-1505

U.S. DiSTRiCT COURT
Room 4209-OFFice OF
844 N. King STreet
WiLMiNgToN, DE 19801

U.S.M.S.
X-RAY
