IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES C. HILL., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 05-cv-00452-JJF |
| ) | |
| SUPER FRESH FOOD MARKETS, INC., ) | |
| ) | |
| Defendant. ) | |

### MOTION TO DISMISS

Defendant hereby moves to dismiss Plaintiff's Complaint pursuant to Rule 12(b)(1) and (6) of the Federal Rules of Civil Procedure. Plaintiff has failed to exhaust his administrative remedies and to file his claims within the applicable statute of limitations. The grounds for Defendant's motion are more fully set forth in the accompanying Memorandum of Law filed in support of this motion.

WHEREFORE, Defendants respectfully request that this Court dismiss the Complaint in its entirety and award such other and further relief as this Honorable Court deems appropriate.

Respectfully submitted,
YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret M. DiBianca
William W. Bowser, Esquire (Bar I.D. 2239)
Margaret M. DiBianca (Bar I.D. 4539)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601, 5008
Facsimile: (302) 576-3282, 3476
wbowser@ycst.com; mdibianca@ycst.com

**Of Counsel**
John P. Barry, Esquire
Greta Ravitsky, Esquire
Epstein Becker & Green, P.C.
250 Park Avenue
New York, NY 10017
Telephone: (212) 351-3720
Telecopier: (212) 878-8720
JBarry@ebglaw.com; GRavitsky@ebglaw.com
Attorneys for Defendant Super Fresh Markets, Inc.