IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES C. HILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-cv-00452-JJF |
| | ) |
| SUPER FRESH FOOD MARKETS, INC., | ) |
| | ) |
| Defendant. | ) |

### ORDER

Upon consideration of Defendant Super Fresh Food Markets, Inc.'s Motion to Dismiss and Supporting Memorandum of Law, it is by the Court this \_\_\_\_ day of _____, 2005:

**ORDERED** that Defendant's Motion is hereby **GRANTED.**

_____
United States District Judge