IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES C. HILL, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SUPER FRESH FOOD MARKETS, INC., )<br>)<br>Defendant. ) | C.A. No. 05-cv-00452-JJF |

### CERTIFICATE OF SERVICE

I, Margaret M. DiBianca, hereby certify that on December 12, 2005, I electronically filed a true and correct copy of the foregoing **Motion to Dismiss** with the Clerk of the Court using CM/ECF. I further certify that on December 12, 2005, I served **Motion to Dismiss** on the following non-registered participant via postage prepaid, First Class U.S. Mail:

James C. Hill
3 Mackenzie Drive
Newark, DE 19711-1505

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret M. DiBianca
William W. Bowser, Esquire (Bar I.D. 2239)
Margaret M. DiBianca (Bar I.D. 4539)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601, 5008
Facsimile: (302) 576-3282, 3476
wbowser@ycst.com; mdibianca@ycst.com

**Of Counsel**
John P. Barry, Esquire
Greta Ravitsky, Esquire
Epstein Becker & Green, P.C.
250 Park Avenue
New York, NY 10017
Telephone: (212) 351-3720
Telecopier: (212) 878-8720
JBarry@ebglaw.com; GRavitsky@ebglaw.com

Attorneys for Defendant Super Fresh Markets, Inc.