1/12/06
(page 1 of 2)

To: U.S. District Court
Room 4209

From: James C. Hill
3 Mackenzie Drive
Newark, DE 19711-1505

FILED
JAN 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Reference: Civ. No.: 05-452-JJF (Hill v. SuperFresh)

Subject: Request for Court Appointed Legal Representation

As the Court is aware, the undersigned plaintiff is pro se in the above referenced case. Obviously, I have no legal formal education or experience and tend to interpret the civil law in layman's terms and not necessarily in the legal intricacies or ramifications.

Even though, I have attempted to obtain the luxury of a lawyer (See Attachment #1), I have not been successful in obtaining legal representation primarily due to the following reasons:

(1) heavy case loads among the DE lawyers and unwilling to take on more work.
(2) Lawyers unwilling to work on a contingency basis.

(please see page 2)

Reference: Civ. No.: 05-452-JJF (Hill v. SuperFresh)

(Page 2 of 2)

(3) Extremely high and unacceptable hourly rates of $150-$200/hour.

(4) Low dollar valuation of plaintiff's case.

Therefore, the court is requested to furnish a lawyer as mentioned in the original filing.

Sincerely,
James C. Hill

Attachment: (1) DE Bar Assoc. - Lawyer Referral Service - Timothy Wilson



James C. Hill
3 MacKenzie Dr.
Newark, DE 19711-1505

CERTIFIED MAIL

7005 1820 0007 9176 1446

U.S. POSTAGE PAID
NEWARK, DE 19711
JAN 17, '06
AMOUNT
$4.25
00081618-08

19801

RETURN RECEIPT REQUESTED

U.S. District Court
Room 4209 - office of clerk of the court
844 N. King Street
Wilmington, DE 19801