Please contact client, ASAP
Fill out form and return. Thank You.

**DELAWARE STATE BAR ASSOCIATION**
**LAWYER REFERRAL SERVICE**
301 MARKET STREET
WILMINGTON, DE 19801
(302) 478-8850 - (800) 773-0606
FAX: (302) 658-5212

Panel Attorney: Timothy Wilson
Referral Number: 04070508
Referral Subject Area: age discrimination - nee'd pending back from EEOC - has to file w/in 90 day
Adverse Party: Superfresh Market
Client: James Hill
Phone Number: ___
Cell Number: 545-5526
Address: 3 Mackenzie Dr. Newark DE 19711
Work Number: 761-8182

RETURN COMPLETED FORM IMMEDIATELY (WHETHER CLIENT APPEARED FOR APPOINTED OR NOT) TO THE LAWYER REFERRAL SERVICE, DELAWARE STATE BAR ASSOCIATION, 301 MARKET STREET, WILMINGTON, DE 19801

Client contact/Fee collection:

☒ 1. Client appeared for appointment.
  ✓ $35.00 was collected and is enclosed.
  (If client fails to pay before interview begins NO consultation services are to be rendered.)

☐ 2. Client was contacted but did not desire appointment.

☐ 3. Client was contacted but did not appear for appointment.

☐ 4. Client could not be contacted.

☐ 5. Client out of state - phone consultation (Fee collected and enclosed)

☐ 6. Client in state - phone consultation. (Fee collected and enclosed)

Disposition after client contact:

☐ 1. Further services determine to be unnecessary.

☐ 2. Arrangements were made for additional legal services.

☐ 3. Further services by me may be called for later.

Pls. call for more info
4/27 11:05
will call in 15 min
- PLEASE SCHEDULE $35 1/2 HR APPOINTMENT
- REG $200/HR AFTER THAT
05/03/05 KM
left VM to call not ret appt jm7
11:45

Comments: ___

To be read and signed by the client:
The client hereby acknowledges that neither the Delaware State Bar Association, any officer or member thereof, nor the Lawyer Referral Services Committee makes any representation concerning the attorney to whom the client has been referred except that such attorney is a member of the Delaware State Bar Association admitted to practice law in the State of Delaware. The Client hereby waives any claim against the Delaware State Bar Association or the Lawyer Referral Service based on this attorney referral.

Attorney's Signature / James C Hill 5/18/05 Client's Signature

dsba 03/04