IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
JAMES C. HILL,                      :
                                    :
        Plaintiff,                  :
                                    :
    v.                              :   Civil Action No. 05-452 JJF
                                    :
SUPER FRESH FOOD MARKETS, INC.,     :
                                    :
        Defendant.                  :
```

### O R D E R

WHEREAS, pending before the Court is a Letter Motion For Entry of Default Judgment (D.I. 18) filed by Plaintiff, James C. Hill;

WHEREAS, Plaintiff contends Defendant failed to respond [to Plaintiff's complaint] within the time allowed by F.R.C.P 4(a) and 12.3(1)(a)(b), thus entitling Plaintiff to entry of a default;

WHEREAS, Defendant responds that on December 1, 2005, the Court granted Defendant's Motion for an Extension of Time to File Answer to Complaint (D.I. 14), which provided the Defendant a deadline of December 13, 2005 to respond(D.I. 19);

WHEREAS, on December 12, 2005, Defendant filed a Motion to Dismiss with supporting memoranda in response to Plaintiff's complaint (D.I. 16, 17);

WHEREAS, the Court finds that Defendant filed a response within the time permitted in the Court's December 1, 2005 Order granting an extension of time;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Letter Motion For Entry of Default Judgment (D.I. 18) is **DENIED** as moot.

February 2, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE