IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES C. HILL, | : |
|     Plaintiff, | : |
| v. | :   Civil Action No. 05-452 JJF |
| SUPER FRESH FOOD MARKETS, INC., | : |
|     Defendant. | : |

### O R D E R

WHEREAS, Pending before the Court is Plaintiff's Letter Request for Court Appointed Legal Representation (D.I. 21);

WHEREAS, the Court concludes that, at this stage of the proceedings, it is difficult to evaluate the factual and legal merit of Plaintiff's claims;

WHEREAS, consequently, the Court cannot determine at this point whether Plaintiff's case meets the threshold test of Tabron v. Grace, 6 F.3d 147 (3d Cir. 1993);

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Letter Request for Court Appointed Legal Representation (D.I. 21) is **DENIED** with leave to renew.

February 2, 2006
DATE

UNITED STATES DISTRICT JUDGE