IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES C. HILL, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-452-JJF |
| SUPER FRESH FOOD MARKETS, INC., | : |
| Defendant. | : |

### ORDER

WHEREAS, on December 12, 2006, Defendant filed a Motion To Dismiss (D.I. 16);

WHEREAS, Plaintiff has failed to respond to Defendant's Motion;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Plaintiff shall file a response to Defendant's Motion To Dismiss (D.I. 16) no later than **March 1, 2006.**

2. If Plaintiff does not file a response by March 1, 2006, the Court will decide the Motion based on the documents before it.

February 9, 2006

_____
UNITED STATES DISTRICT JUDGE