```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF DELAWARE
```

JAMES C. HILL,                   :
                                 :
        Plaintiff,                :
                                 :
    v.                            :    Civil Action No. 05-452-JJF
                                 :
SUPER FRESH FOOD MARKETS,         :
INC.,                             :
                                 :
        Defendant.                :

## ORDER

At Wilmington, the 22 day of March 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendant's Motion To Dismiss is **GRANTED IN PART AND DENIED IN PART**.

_____
UNITED STATES DISTRICT JUDGE