IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES C. HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 05-cv-00452-JJF |
| v. | ) | |
| | ) | |
| SUPER FRESH FOOD MARKETS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF COUNSEL'S CHANGE OF FIRM AFFILIATION

PLEASE TAKE NOTICE that John P. Barry, Esq., who has been admitted to practice in the United States District Court for the District of Delaware *pro hac vice* as counsel for Super Fresh Food Markets, Inc., is now associated with the law firm of Proskauer Rose LLP and is no longer associated with Epstein Becker & Green P.C. The new contact information is as follows:

> PROSKAUER ROSE LLP
> One Newark Center
> 18th Floor
> Newark, NJ 07102-5211
> Telephone: (973) 274-6081
> Facsimile: (973) 274-3299
> jbarry@proskauer.com

For purposes of CM/ECF notifications, updated e-mail addresses have been provided to the Clerk's office.

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Margaret M. DiBianca
> _____
> William W. Bowser, Esquire (Bar I.D. 2239)
> Margaret M. DiBianca (Bar I.D. 4539)
> The Brandywine Building, 17th Floor
> 1000 West Street
> Wilmington, Delaware 19801
> Telephone: (302) 571-6601, 5008
> Facsimile: (302) 576-3282, 3476
> wbowser@ycst.com; mdibianca@ycst.com
> Attorneys for Defendant Super Fresh Markets, Inc.

064808.1001

**Of Counsel**
John P. Barry, Esquire
PROSKAUER ROSE LLP
One Newark Center
18th Floor
Newark, NJ  07102-5211
Telephone: (973) 274-6081
Facsimile: (973) 274-3299
jbarry@proskauer.com

Attorneys for Defendant Super Fresh Markets, Inc

DATED:        April 10, 2006

DB02:5275550 1                                                                      064808 1001

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES C. HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 05-cv-00452-JJF |
| v. | ) | |
| | ) | |
| SUPER FRESH FOOD MARKETS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Margaret M. DiBianca, hereby certify that on April 10, 2006, I electronically

filed a true and correct copy of the foregoing **Defendant's Notice of Counsel's Change of Firm**

**Affiliation** with the Clerk of the Court using CM/ECF. I further certify that on

April 10, 2006, I served two (2) true and correct copies of **Defendant's Notice of Counsel's**

**Change of Firm Affiliation** on the following non-registered participant via postage prepaid.

U.S. Mail and First Class Certified U.S. Mail/Return Receipt Requested:

> James C. Hill
> 3 Mackenzie Drive
> Newark, DE 19711-1505

> YOUNG CONAWAY STARGATT & TAYLOR, LLP

> /s/ Margaret M. DiBianca
> William W. Bowser, Esquire (Bar I.D. 2239)
> Margaret M. DiBianca, Esquire (Bar I.D. 4539)
> The Brandywine Building, 17th Floor
> 1000 West Street
> Wilmington, Delaware 19801
> Telephone: (302) 571-6601, 5008
> Facsimile : (302) 576-3282, 3476
> wbowser@ycst.com; mdibianca@ycst.com

064808 1001

**OF COUNSEL**
John P. Barry, Esquire
PROSKAUER ROSE LLP
One Newark Center
18th Floor
Newark, NJ 07102-5211
Telephone: (973) 274-6081
Facsimile: (973) 274-3299
jbarry@proskauer.com

Attorneys for Defendant Super Fresh Markets, Inc.


DATED:        April 10, 2006