IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES C. HILL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 05-cv-00452-JJF |
| | ) |
| SUPER FRESH FOOD MARKETS, INC., | ) |
| | ) |
| Defendant. | ) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Marc Elliot Alifanz, Esquire, to represent Defendant Super Fresh Food Markets, Inc., in this matter.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret M. DiBianca
—————————————————
William W. Bowser, Esquire (Bar I.D. 2239)
Margaret M. DiBianca (Bar I.D. 4539)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601, 5008
Facsimile: (302) 576-3282, 3476
wbowser@ycst.com; mdibianca@ycst.com
Attorneys for Defendant Super Fresh Markets, Inc.

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

DATE:_____    _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of New York and New Jersey; and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules. In accordance with Standing Order for District Court Fund effective 01/01/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

DATE: 4/12/06

/s/ Marc Elliot Alifanz
Marc Elliot Alifanz, Esquire
Proskauer Rose LLP
One Newark Center
18th Floor
Newark, NJ 07102-5211
Telephone: (973) 274-6031
Facsimile: (973) 274-3299
malifanz@proskauer.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES C. HILL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 05-cv-00452-JJF |
| | ) |
| SUPER FRESH FOOD MARKETS, INC., | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I, Margaret M. DiBianca, hereby certify that on April 18, 2006, I electronically filed a true and correct copy of the foregoing **Motion and Order for Admission Pro Hac Vice** with the Clerk of the Court using CM/ECF. I further certify that on April 18, 2006, I served a true and correct copy of **Motion and Order for Admission Pro Hac Vice** on the following non-registered participant via postage prepaid, U.S. Mail and First Class Certified U.S. Mail/Return Receipt Requested:

        James C. Hill
        3 Mackenzie Drive
        Newark, DE 19711-1505

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ Margaret M. DiBianca
        William W. Bowser, Esquire (Bar I.D. 2239)
        Margaret M. DiBianca, Esquire (Bar I.D. 4539)
        The Brandywine Building, 17th Floor
        1000 West Street
        Wilmington, Delaware 19801
        Telephone: (302) 571-6601, 5008
        Facsimile : (302) 576-3282, 3476
        wbowser@ycst.com; mdibianca@ycst.com

**OF COUNSEL**
John P. Barry, Esquire
Proskauer Rose LLP
One Newark Center
18th Floor
Newark, NJ 07102-5211
Telephone: (973) 274-6081
Facsimile: (973) 274-3299
jbarry@proskauer.com

DATED: April 18, 2006