IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES C. HILL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 05-cv-00452-JJF |
| | ) |
| SUPER FRESH FOOD MARKETS, INC., | ) |
| | ) |
| Defendant. | ) |

### AMENDED CERTIFICATE OF SERVICE

I, Margaret M. DiBianca, hereby certify that on April 18, 2006, I electronically filed a true and correct copy of the foregoing **Motion and Order for Admission Pro Hac Vice** of Marc Elliot Alifanz, Esquire, to represent Defendant Super Fresh Food Markets, Inc. in this matter with the Clerk of the Court using CM/ECF. I further certify that on April 20, 2006, I served a true and correct copy of **Motion and Order for Admission Pro Hac Vice** on the following non-registered participant via postage prepaid, U.S. Mail and First Class Certified U.S. Mail/Return Receipt Requested:

> James C. Hill
> 3 Mackenzie Drive
> Newark, DE 19711-1505

> YOUNG CONAWAY STARGATT & TAYLOR, LLP

> /s/ Margaret M. DiBianca
> William W. Bowser, Esquire (Bar I.D. 2239)
> Margaret M. DiBianca, Esquire (Bar I.D. 4539)
> The Brandywine Building, 17th Floor
> 1000 West Street
> Wilmington, Delaware 19801
> Telephone: (302) 571-6601, 5008
> Facsimile : (302) 576-3282, 3476
> wbowser@ycst.com; mdibianca@ycst.com

**OF COUNSEL**
John P. Barry, Esquire
Proskauer Rose LLP
One Newark Center
18th Floor
Newark, NJ 07102-5211
Telephone: (973) 274-6081
Facsimile: (973) 274-3299
jbarry@proskauer.com

DATED: April 20, 2006