IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JAMES C. HILL,                          :
                                        :
          Plaintiff,                    :
                                        :
     v.                                 :     Civil Action No. 05-452-JJF
                                        :
SUPER FRESH FOOD MARKETS, INC., :
                                        :
          Defendant.                    :

## O R D E R

WHEREAS, on March 22, 2006, the Court granted in part and denied in part Defendant's Motion To Dismiss (D.I. 25, 26);

WHEREAS, Plaintiff's claim of age discrimination is pending;

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall confer and submit, by no later than **Monday, June 5, 2006**, a Proposed Rule 16 Scheduling Order, using the attached form of order as a basis for the discussions.

May  19 , 2006
     DATE

UNITED STATES DISTRICT JUDGE