IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES C. HILL, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 05-cv-00452-JJF |
| ) | |
| SUPER FRESH FOOD MARKETS, INC., ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Margaret M. DiBianca, hereby certify that on June 5, 2006, I electronically filed a true and correct copy of the foregoing **Defendant's Proposed Scheduling Order** with the Clerk of the Court using CM/ECF. I further certify that on June 5, 2006, I caused to be served two (2) true and correct copies of **Defendant's Proposed Scheduling Order** on the following non-registered participant via postage prepaid, U.S. Mail and First Class Certified U.S. Mail/Return Receipt Requested:

    James C. Hill
    3 Mackenzie Drive
    Newark, DE 19711-1505

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    /s/ Margaret M. DiBianca
    William W. Bowser, Esquire (Bar I.D. 2239)
    Margaret M. DiBianca, Esquire (Bar I.D. 4539)
    The Brandywine Building, 17th Floor
    1000 West Street
    Wilmington, Delaware 19801
    Telephone: (302) 571-6601, 5008
    Facsimile : (302) 576-3282, 3476
    wbowser@ycst.com; mdibianca@ycst.com

**OF COUNSEL**
John P. Barry, Esquire
Proskauer Rose LLP
One Newark Center
18th Floor
Newark, NJ  07102-5211
Telephone: (973) 274-6081
Facsimile: (973) 274-3299
jbarry@proskauer.com

Attorneys for Defendant Super Fresh Markets, Inc.

DATED:     June 5, 2006