IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES C. HILL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 05-cv-00452-JJF |
| | ) |
| SUPER FRESH FOOD MARKETS, INC., | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I, Margaret M. DiBianca, hereby certify that on June 5, 2006, I electronically filed a true and correct copy of the foregoing **Defendant's Letter to the Court** with the Clerk of the Court using CM/ECF. I further certify that on June 5, 2006, I caused to be served two (2) true and correct copies of **Defendant's Letter to the Court** on the following non-registered participant via postage prepaid, U.S. Mail and First Class Certified U.S. Mail/Return Receipt Requested:

James C. Hill
3 Mackenzie Drive
Newark, DE 19711-1505

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret M. DiBianca
William W. Bowser, Esquire (Bar I.D. 2239)
Margaret M. DiBianca, Esquire (Bar I.D. 4539)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601, 5008
Facsimile : (302) 576-3282, 3476
wbowser@ycst.com; mdibianca@ycst.com

**OF COUNSEL**
John P. Barry, Esquire
Proskauer Rose LLP
One Newark Center
18th Floor
Newark, NJ  07102-5211
Telephone: (973) 274-6081
Facsimile: (973) 274-3299
jbarry@proskauer.com

Attorneys for Defendant Super Fresh Markets, Inc.

DATED:    June 5, 2006