Date: 6/1/06

To: U.S. District Court
 Room 4209- Office of Clerk of the Court

05-452 (JJF)

Reference: Civil Action No.: 05-452-JJF (Age/Disability Claim), Hill v. Superfresh

Subject: Request for Scheduling Order (Rule 16)

In response to the 5/19/06 order by the Honorable Judge Farnan, the following scheduling order is proposed.

1. Pre-Discovery Disclosures
 Recommend the parties will exchange by 6/30/06 the information required in Rule 26 (a) (1).

2. Joinder of Other Parties
 All motions to join other parties shall be filed by 6/30/06.

3. With respect to a possible settlement, please furnish the contact information for Judge Thynge.

4. Discovery
(a) Exchange and completion of interrogatories, identification of all fact witnesses and document production shall be commenced so as to be completed by 7/31/06.
(b) Maximum of 10 interrogatories by each party to any other party.
(c) Maximum of 3 requests for admission by each party to any other party.
(d) Maximum of 2 depositions by plaintiff and defendant.
(e) Reports from retained experts are due from from the plaintiff and defendant by 7/31/06.
5. No response.
6. Amendment of the Pleadings
All motions to amend the pleadings shall be filed on or before 6/30/06.

Sincerely,

*James Hill*
James Hill

FILED
JUN -5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned



U.S. District Court
Room 4209 - Office of Clerk of the Court
844 N. King Street
Wilmington, DE 19801