# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF  
JOSEPH J. FARNAN, JR.  
JUDGE

LOCKBOX 27  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6155

June 16, 2006

James C. Hill, Pro Se  
3 Mackenzie Drive  
Newark, DE 19711

Margaret M. DiBianca, Esquire  
Young, Conaway, Stargatt & Taylor  
P. O. Box 391  
Wilmington, DE 19899

       RE:    Hill v. Super Fresh Food Markets, Inc.  
                  Civil Action No. 05-452 JJF

Dear Mr. Hill and Counsel:

       The Court has considered each of your proposals for scheduling. Plaintiff's proposal required completion of most discovery by July 31, 2006 which the Court found was not a sufficient amount of time given the issues presented.

       The Court's Order has been entered and is enclosed.

Sincerely,

*Joseph Farnan* (signature)  
JOSEPH J. FARNAN, JR.

JJFjr:dk  
Enclosure  
cc: Clerk, U.S. District Court