## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES C. HILL, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-452-JJF |
| SUPER FRESH FOOD MARKETS, INC., | : |
| Defendant. | : |

### ORDER

At Wilmington this **11th** day of **August, 2006**.

IT IS ORDERED that the teleconference scheduled for Tuesday, August 15, 2006 at 9:30 a.m. with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences is canceled.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE