IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES C. HILL, ) | |
| ) | C.A. No. 05-452 (JJF) |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| SUPER FRESH FOOD MARKETS, INC., ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL**

The parties, by and through their undersigned counsel, hereby stipulate and agree that the above-captioned matter is hereby dismissed with prejudice. Each party will bear its own costs.

[THE REST OF THE PAGE INTENTIONALLY LEFT BLANK]

| | |
|---|---|
| *James C. Hill* (signature)<br>James C. Hill<br>3 Mackenzie Drive<br>Newark, DE 19711<br>*Pro Se* | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*(signature)*<br>William W. Bowser (Bar I.D. 2239)<br>Margaret M. DiBianca (Bar I.D. 4539)<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>Telephone: (302) 571-6601; 5008<br>Facsimile: (302) 576-3282; 3476<br>Email: wbowser@ycst.com; mdibianca@ycst.com<br><br>OF COUNSEL<br>John P. Barry, Esquire<br>Proskauer Rose LLP<br>One Newark Center, 18th Floor<br>Newark, NJ 07102-5211<br>Telephone: (973) 274-6081<br>Facsimile: (973) 274-3299<br>jbarry@proskauer.com;<br>Admitted *Pro Hac Vice*<br><br>Attorneys for Defendant<br><br>DATED: Aug. 22, 2006 |

SO ORDERED this _____ day of _____, 2006

_____
           Judge